## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| COLUMBUS EXPLORATION LLC, | ) Case No. 13-10347 (PJW) |
| | ) |
| alleged Debtor. | ) |
| | ) |
| | ) |

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON APRIL 24, 2013 AT 2:00 P.M.

CONTESTED MATTERS

1. Motion of the Dispatching Printing Company and Donald C. Fanta to Dismiss Bankruptcy Petition (D.I. 8, Filed on 03/15/2013).

   Related Items:

   A. Notice of Filing of Stipulated Proposed Scheduling Order (D.I. 22, Filed 04/21/2013)

   Response Deadline:    April 10, 2013; extended by agreement

   Responses:

   A. Petitioning Creditors' Brief Opposition to Motion to Dismiss (D.I. 17, Filed 04/15/2013).

   B. Notice of Filing Under Seal (D.I. 18, Filed 04/15/2013)

   Status: The Petition Creditors and the moving parties conferred and, subject to Court approval, agreed to a proposed scheduling order, after obtaining an available hearing date from chambers. This matter is going forward.

12082:PLDG:10202237.WPD

Dated: April 22, 2013               SMITH, KATZENSTEIN & JENKINS LLP

*/s/Kathleen M. Miller*
Kathleen M. Miller, Esq. (2898)
The Corporate Plaza
800 Delaware Avenue
Suite 1000
Wilmington, Delaware 19801
Phone: (302) 652-8400
Fax: (302) 652-8405
Email: **kmiller@skjlaw.com**

and

Bradley T. Ferrell, Esq.
ZEIGER, TIGGES & LITTLE LLP
3500 Huntington Center
41 South High Street
Columbus, Ohio 43215
Phone: (614) 365-9903
Fax: (614) 365-7900
Email: **Ferrell@litohio.com**

Attorneys for The Dispatch Printing
Company and Donald C. Fanta

12082:PLDG:10202237.WPD