IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COLUMBUS EXPLORATION LLC, | ) | Case No. 13-10347 (PJW) |
| | ) | |
| alleged Debtor. | ) | |

**With Permission from the Court the**
**\*\*\*HEARING IS CANCELED\*\*\***

NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON May 22, 2013 AT 1:30 P.M.

CONTESTED MATTERS

1. Motion of The Dispatch Printing Company and Donald C. Fanta to Dismiss Bankruptcy Petition (D.I. 8, Filed on 03/15/2013)

    Response Deadline: April 10, 2013; extended by agreement

    Responses:

    A. Petitioning Creditors' Brief in Opposition to Motion to Dismiss (D.I. 17, Filed 04/15/2013)

    B. Notice of Filing Under Seal (D.I. 18, Filed 04/15/2013)

    C. Consolidated Standing Memorandum and Reply of The Dispatch Printing Company and Donald C. Fanta in Support of Motion to Dismiss (D.I. 43, filed 05/06/2013)

    D. Creditors' Response to Consolidated Standing on Memorandum and Reply Memorandum and Reply Memorandum of The Dispatch Printing Company and Donald C. Fanta in Support of Motion to Dismiss (D.I. 45, filed on 05/13/2013)

Related Items:

    E.    Creditors' List of Exhibits and Witnesses (D.I. 48 Filed on 05/16/2013)

    F.    The Dispatch Printing Company and Donald C. Fanta's List of Exhibits (D.I. 50 filed on 05/16/2013)

    G.    The Dispatch Printing Company and Donald C. Fanta's List of Witnesses (D.I. 49 filed on 05/16/2013)

    H.    Notice of Filing of Ohio Order Allowing Use of Documents in Bankruptcy Proceeding (D.I. 51, filed on 5/16/2013)

    I.    Notice of Lodging (D.I. 55, filed on 05/17/2013)

Status:    This matter has been continued to a date to be determined.

Dated: May 20, 2013

SMITH, KATZENSTEIN & JENKINS LLP

*/s/Kathleen M. Miller*
Kathleen M. Miller, Esq. (2898)
The Corporate Plaza
800 Delaware Avenue
Suite 1000
Wilmington, Delaware 19801
Phone: (302) 652-8400
Fax: (302) 652-8405
Email: kmiller@skjlaw.com

and

Bradley T. Ferrell, Esq.
ZEIGER, TIGGES & LITTLE LLP
3500 Huntington Center
41 South High Street
Columbus, Ohio 43215
Phone: (614) 365-9903
Fax: (614) 365-7900
Email: Ferrell@litohio.com
Attorneys for The Dispatch Printing Company and Donald C. Fanta